## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHDI KEFAYATI (A# 207 598 714) and RAZIEH NOKBEH ZAEEM (A# 207 598 713, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al. <br><br><br> Defendants. | Case No. 1:18-CV-00145 |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this lawsuit, Defendants have finally adjudicated Plaintiffs' long-pending petition. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Mahdi Kefayati and Razieh Nokbeh Zaeem hereby voluntarily dismiss the instant action with prejudice.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Road, Suite 203
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, the foregoing NOTICE OF VOLUNTARY

DISMISSAL was filed electronically with the Clerk of the Court to be served by operation

of the Court's electronic filing system.


*s/ James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC